# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

| | | |
|---|---|---|
| **OSCAR HINOJOSA, JR., SERGIO** | § | |
| **SOLIS, AND BERTHA O. SOLIS,** | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. 7:14-cv-00633** |
| | § | **JURY REQUESTED** |
| | § | |
| **STATE FARM LLOYDS, RICHARD** | § | |
| **FREYMANN, AND JORGE GOMEZ,** | § | |
| | § | |
| *Defendants.* | § | |

## DECLARATION OF RONNY FERRELL

Under penalty of perjury, Ronny Ferrell states as follows:

1.      My name is Ronny Ferrell.  I am over eighteen (18) years of age, am of sound mind, and capable of making this Declaration.  The information contained herein is based on my personal knowledge and/or my review of State Farm Lloyds' ("State Farm") records, and I certify that the facts and statements contained in this Declaration are true and correct to the best of my information and belief.

2.      I am a State Farm claim specialist and am familiar with the claim that is the basis of this case and with the appraisal process.  I am authorized to make the statements in this Declaration.

3.      It is the ordinary course of business for State Farm to maintain records regarding the claims of its insureds, which records are made at the time of the acts, transactions, occurrences, and/or events reflected in the records, or within a reasonable time thereafter, by someone with personal knowledge of such acts, transactions, occurrences, and/or events.

4.      As a result of my position as a State Farm claim specialist, I have personal knowledge of the files and records maintained by State Farm relating to the claim submitted by Oscar Hinojosa, Jr.  My personal knowledge from my involvement with the claim of Mr. Hinojosa and the files and records maintained by State Farm in the ordinary course of business form the basis of this Declaration.

5.      On or about May 7, 2012, a claim was reported for hail damage to Mr. Hinojosa's rental property located at 3408 Toronto, McAllen, TX 78503, arising from a storm occurring on or about April 20, 2012.  State Farm opened Claim 53-127Q-544 under Policy No. 90-GC-6299-

1. Non-privileged excerpted portions of the claim activity file notes from Claim 53-127Q-544 are attached to this Declaration as *Exhibit 1.*

6.     State Farm contacted Mr. Hinojosa on May 9, 2012, to get additional information regarding the loss and schedule an inspection of the home. During the call, Mr. Hinojosa indicated that there was no interior damage or broken windows. The inspection of the home took place on May 16, 2012, with Mr. Hinojosa present, and no hail damage was found. At the conclusion of the inspection, the State Farm adjuster went over the findings from the inspection with Mr. Hinojosa.

7.     On October 3, 2014, State Farm invoked appraisal and appointed Darrell Edwards as appraiser. A copy of the appraisal demand letter is attached to this Declaration as *Exhibit 2.* Mr. Hinojosa responded to the appraisal demand and appointed Gene Riley as appraiser. A copy of Mr. Hinojosa's letter appointing an appraiser is attached to this Declaration as *Exhibit 3.* The two appraisers agreed that Cecil Parker would serve as umpire.

8.     On January 13, 2016, State Farm received a copy of an appraisal award signed by appraiser Edwards and umpire Parker, setting the amount of loss at $2,945.08, on a replacement cost basis, and $2,894.08, on an actual cash value basis. A copy of the appraisal award is attached as *Exhibit 4.*

9.     On January 19, 2016, State Farm timely tendered payment of the award (minus depreciation and the deductible) in the amount of $1,684.08. Replacement cost benefits of $51.07 are available to Mr. Hinojosa if he completes repairs of the damaged property identified in the appraisal award and submits appropriate documentation of the completed repairs. To date, Mr. Hinojosa has not submitted any repair documentation for the items identified in the appraisal award. A copy of the January 19, 2016 letter issuing the appraisal payment is attached to this Declaration as *Exhibit 5.*

10.    Exhibits 1 and 5 attached to this Declaration are true and correct copies of State Farm business records which were either obtained by or were made by, or from information transmitted by persons with knowledge of the events recorded therein, and the entries were made at or near the time of the events recorded. It is the regular practice of State Farm to keep these types of documents in the course of regularly conducted business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _3 rd_ day of February 2016.

Ronny Ferrell

2

# EXHIBIT B-1

Redacted

| | | |
|---|---|---|
| 10-04-2012 -10:42:56 AM CDT | **Performer:** Copeland, Charles | **Office:** CATHRU |
| **File Note:** incoming call from AO asking to recieve copy of de | | |
| **Participant:** | | **COL / Line (Participant):** 35 / 001 (Named Insured(s)) |
| **Category:** Investigation | | **Sub Category:** |

FOR INTERNAL STATE FARM USE ONLY
Contains CONFIDENTIAL information which may not be disclosed without express written authorization.

Hinojosa 000025

FIRE                                    Claim Number: 53-127Q-544                                    RBZ000I5

incoming call from AO asking to recieve copy of denial letter.  Advised no letter in file and no estimate.  She requested inital adjuster's name and I provided Jorge Gomez as initial fcr.

10-01-2012 - 2:21:39 PM CDT         **Performer:** Addison, Justin K                    **Office:** CATHRU
   **File Note:** Pending
   **Participant:**                                     **COL / Line (Participant):** 35 / 001 (Named Insured(s))
   **Category:** Pending                              **Sub Category:**
Pending:all handling completeclaim remains closed

10-01-2012 - 2:21:27 PM CDT         **Performer:** Addison, Justin K                    **Office:** CATHRU
   **File Note:** Call from A/O; claim remains closed CWP
   **Participant:**                                     **COL / Line (Participant):** 35 / 001 (Named Insured(s))
   **Category:** Claim Note                           **Sub Category:**
Rec'd incoming phone call from Melda (IA6X) w/ A/O requesting a copy of the roof denial letter be faxed to their office at 956-687-9150. CH obliged. No additional handling necessary, claim remains closed CWP.

05-16-2012 -12:54:36 PM CST         **Performer:** Jorge Gomez                          **Office:** System
   **File Note:** Claim Offline Upload
   **Participant:**                                     **COL / Line (Participant):**
   **Category:** Claim Note                           **Sub Category:**
Met with Ph. Oscar Hinojosa Jr. and his father Oscar Hinojosa.  As per PH no interior damage.  CR inspected roof and found no ADPL on any of the slopes.   Roof is a gable roof with 20 yr. shingles about 10 years old in good condition, 5/12 pitch  NO ADPL found on turtle vent or roof pipe jacks. Exhaust vent showed damaged unrelated to the 4-20-12 storm.  CR inspected all 4 elevations and found no ADPL. There is no other structures on property.  CR explained inspection findings to PH and they indicated that probably the 2 big trees on back helped to protect property.  CR invited PH to climb roof but declined.  CR printed roof denial letter and provided to PH.  CR closing file as CWP 35/001.  Nothing pends.
COV A: $ 0.00
COV B: $ 0.00
TOTAL VALUE OF CLAIM: $ 0.00
COV A DEPR: $ (0.00)
NON-RECOVERABLE COV A DEPRECIATION: <0.00>
COV B DEPR: $(0.00)
DEDUCTIBLE: $ <1,210.00>
TOTAL PAYABLE:$ 0.00

Close claim: Please CWP COL 35/001 and assign CO to ILU.

05-09-2012 - 7:30:39 PM CST         **Performer:** Gomez, Jorge                         **Office:** CTXCOMP
   **File Note:** Contact
   **Participant:**                                     **COL / Line (Participant):**
   **Category:** Claim Note                           **Sub Category:**
P|P                          nd spoke with Blanca Hinojosa, PH's mother .  She indicated that she is not familiar with the damages to the property. She asked CR to call husband a P|P         CR called P|P          and spoke with PH Oscar Hinojosa who indicated that there is possible hail damage to roof, no broken windows, no interior damage.  CR set appointment for Wednesday 5/16/12 1-2 PM.

05-09-2012 - 5:53:58 AM CST         **Performer:** Autry, Darren                        **Office:** CTXCOMP
   **File Note:** Reassignment
   **Participant:**                                     **COL / Line (Participant):**
   **Category:** Management                           **Sub Category:**
Spanish speaking adjuster requested - Reassigned to Jorge Gomez

05-07-2012 - 1:53:08 PM CDT         **Performer:** System                              **Office:** System
   **File Note:** Remarks from Loss Report User
   **Participant:**                                     **COL / Line (Participant):**
   **Category:** New Claim                            **Sub Category:**

FOR INTERNAL STATE FARM USE ONLY
Contains CONFIDENTIAL information which may not be disclosed without express written authorization.

Hinojosa 000026

FIRE                                         Claim Number:  53-127Q-544                                    RBZ000I5

Remarks from AgencyROOF HAS HAIL DAMAGE**BLANCA HINOJOSA IS MR HINOJOSA'SMOTHER--- SPANISH -PREFERRED.

Redacted

| 05-20-2012 - 5:42 PM CDT | **Performer:** Event Processor | **Office:** System |
| --- | --- | --- |

**System Generated File Note:** Basic claim information has been sent to ECA.
**Participant:**                                     **COL / Line (Participant):**
**Category:** Claim Note
Basic information has been successfully sent to Electronic Claim Assignment for the claim - 53127Q544

05-17-2012 - 7:48 AM CDT          **Performer:** Event Processor                **Office:** System
**System Generated File Note:** Basic claim information has been sent to ECA.
**Participant:**                                     **COL / Line (Participant):**
**Category:** Claim Note
Basic information has been successfully sent to Electronic Claim Assignment for the claim - 53127Q544

05-13-2012 - 8:05 PM CDT          **Performer:** Event Processor                **Office:** System
**System Generated File Note:** Basic claim information has been sent to ECA.
**Participant:**                                     **COL / Line (Participant):**
**Category:** Claim Note
Basic information has been successfully sent to Electronic Claim Assignment for the claim - 53127Q544

05-09-2012 - 6:53 PM CDT          **Performer:** Event Processor                **Office:** System
**System Generated File Note:** Basic claim information has been sent to ECA.
**Participant:**                                     **COL / Line (Participant):**
**Category:** Claim Note
Basic information has been successfully sent to Electronic Claim Assignment for the claim - 53127Q544

Date:  09-18-2014                                                                              Page 7

FOR INTERNAL STATE FARM USE ONLY
Contains CONFIDENTIAL information which may not be disclosed without express written authorization.

Hinojosa 000027

# EXHIBIT B-2

**WINSTEAD**      Austin   Dallas   Fort Worth   Houston   San Antonio   The Woodlands   Washington, D.C.

401 Congress Avenue      512.370.2800 OFFICE
Suite 2100               512.370.2850 FAX
Austin, Texas 78701      winstead.com

Linda J. Burgess
direct dial: 512.370.2881
lburgess@winstead.com

October 3, 2014

***VIA FAX: 713.714-1111***
J. Steve Mostyn
Mostyn Law Firm
3810 W. Alabama Street
Houston, Texas 77027

    Re:    Insured:      Oscar Hinojosa, Jr.
           Claim No:     53-127Q-544
           Policy No.    90-GC-6299-1
           Date of Loss: April 20, 2012
           Location:     3408 Toronto Avenue, McAllen, Texas 78503

           Cause No. 7:14-cv-00633; *Oscar Hinojosa, Jr., Sergio Solis, and Bertha O. Solis
           v. State Farm Lloyds, Richard Freymann and Jorge Gomez*; In the U.S. District
           Court, Southern District of Texas, McAllen Division

Dear Mr. Mostyn:

    Please be advised that by this letter, State Farm Lloyds ("State Farm") demands appraisal
of Claim No. 53-127Q-544 under the rental dwelling policy issued by State Farm. The policy
provides as follows:

## SECTION 1 – CONDITIONS

    **6.     Appraisal.** If you and we fail to agree on the amount of loss, either one
can demand that the amount of the loss be set aside by appraisal. If either makes
a written demand for appraisal, each shall select a competent, disinterested
appraiser. Each shall notify the other of the appraiser's identity within 20 days of
receipt of the written demand. The two appraisers shall then select a competent,
impartial umpire. If the two appraisers are unable to agree upon an umpire within
15 days, you or we can ask a judge of a court of record in the state where the
**residence premises** is located to select an umpire. The appraisers shall then set
the amount of the loss. If the appraisers submit a written report and an agreement

J. Steve Mostyn
Page - 2
October 3, 2014

to us, the amount agreed upon shall be the amount of the loss.  If the appraisers fail to agree within a reasonable time, they shall submit their differences to the umpire.  Written agreement signed by any two of these three shall set the amount of the loss.  Each appraiser shall be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire shall be paid equally by you and us.

State Farm requests appraisal of the amount of loss, stating separately the actual cash value and loss to each item.  State Farm also requests appraisal of the full costs of repair or replacement of loss to such dwelling and/or other structure, without deduction for depreciation.

State Farm appoints appraiser Darrell Edwards.  Mr. Edwards can be reached at:

Darrell Edwards
Mission Restoration, Inc.
2302 Chestnut Oak Pl.
The Woodlands, Texas 77380
Tel:  (281) 615-0713
Email:  doedwards@doedwards.com

By this request, State Farm does not waive any of the policy provisions, conditions, exclusions or limitations, and in fact, intends to rely on them throughout the appraisal process.  The appraisal award will be subject to the policy's provisions, conditions, exclusions and limitations.

We look forward to receiving notification of your selected appraiser.

Very truly yours,

Linda J. Burgess
*Counsel for State Farm Lloyds*

cc:    Rett Holidy
       Germer PLLC

# EXHIBIT B-3

10/15/2014 14:51 FAX  7138818084          MOSTYN LAW FIRM                    ☑001/001



**Mostyn**

October 15, 2014

_**VIA FASCIMILIE (512) 370-2850**_
Ms. Linda J. Burgess
WINSTEAD
401 Congress Avenue, Suite 2100
Austin, Texas 78701

_**VIA FASCIMILIE (713) 739-7420**_
Mr. Rett Holidy
GERMER, PLLC
Three Allen Center
333 Clay Street, Suite 4950
Houston, Texas 77002

Re:  Cause No. 7:14-cv-00633; _Oscar Hinojosa, Jr., Sergio Solis, and Bertha O. Solis vs. State Farm Lloyds, Richard Freymann and Jorge Gomez_; In the U.S. District Court, Southern District of Texas, McAllen Division

Dear Counsel:

Plaintiffs hereby appoint Gene Riley as their appraiser. Below is Mr. Riley's contact information:

Gene Riley
VALLEY WIDE RESTORATION SERVICES, INC.
701 Mozelle
Pharr, Texas 78577
Telephone: (956) 782-6100

Please do not hesitate to contact our office should you have any questions.

Sincerely,

THE MOSTYN LAW FIRM

Caroline L. Maida

Caroline L. Maida

Mostyn Law Firm
3810 W. Alabama Street  Houston, Texas 77027   T 713 861 6616   F 713 861 8084     mostynlaw.com

HOUSTON  /  BEAUMONT  /  AUSTIN  /  GALVESTON      1 800 400 4000        ★

# EXHIBIT B-4

COMPANY: State Farm

CLAIM # 53-127Q-544

INSURED:  Oscar Hinojosa
ADDRESS: 3408 Toronto
McAllen, Texas 78503

## AWARD

We, the undersigned, pursuant to the within appointment, DO HEREBY CERTIFY that
we have truly and conscientiously performed the duties assigned determined and do hereby
award as the Actual Cash Value and the Replacement Cost Value of said property damaged by _
Wind / Hail

Item     Dwelling                  $2,945.15

Item     Other Structures     NA

Item

Item

Item

ACTUAL CASH VALUE       $2,894.08

TOTAL AMOUNT OF LOSS  $2,945.08

SPECIAL PROVISIONS:
    1.  Subject to policy provisions and deductible
    2.  Less any previous payments per this claim
    3.  Policy coverage to be addressed by others

Witness our hands this  4th  day of January ,  2016.

Darrell Edwards                                     _Harrell Edwards_ APPRAISER

Gene Riley                                                                    APPRAISER

Cecil Parker                                                                    UMPIRE

## Cecil Parker

Insured: Oscar Hinojosa
Property: 3408 Toronto
McAllen, TX 78503

Estimator: Cecil Parker

**Claim Number:** 53-127Q-544  **Policy Number:**  **Type of Loss:** ---

Date of Loss:  Date Received:
Date Inspected:  Date Entered: 11/5/2015 7:59 PM

Price List: TXMC8X_NOV15
Restoration/Service/Remodel
Estimate: 53-127Q-544

Cecil Parker

**53-127Q-544**

### Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Roofer - per hour | 16.00 HR | 71.51 | 0.00 | 240.28 | 1,384.44 | (0.00) | 1,384.44 |
| Required to apply sealant to undamaged loose shingle tabs. | | | | | | | |
| 2. (Material Only) Mastic calking* | 30.00 EA | 5.50 | 13.61 | 37.51 | 216.12 | (0.00) | 216.12 |
| **Totals: Roof** | | | 13.61 | 277.79 | 1,600.56 | 0.00 | 1,600.56 |

### Left Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 3. R&R Clothes dryer vent cover | 1.00 EA | 24.00 | 0.44 | 5.13 | 29.57 | (0.53) | 29.04 |
| **Totals: Left Elevation** | | | 0.44 | 5.13 | 29.57 | 0.53 | 29.04 |

### Rear Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 4. R&R Glazing bead - Vinyl | 75.00 LF | 1.45 | 3.59 | 23.60 | 135.94 | (8.70) | 127.24 |
| 5. R&R Window screen, 1 - 9 SF | 2.00 EA | 35.42 | 4.93 | 15.91 | 91.68 | (11.94) | 79.74 |
| 6. Seal & paint wood gable vent | 1.00 EA | 29.52 | 0.52 | 6.31 | 36.35 | (1.27) | 35.08 |
| **Totals: Rear Elevation** | | | 9.04 | 45.82 | 263.97 | 21.91 | 242.06 |

### Right Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 7. R&R Glazing bead - Vinyl | 75.00 LF | 1.45 | 3.59 | 23.60 | 135.94 | (8.70) | 127.24 |
| 8. R&R Window screen, 1 - 9 SF | 3.00 EA | 35.42 | 7.39 | 23.87 | 137.52 | (17.91) | 119.61 |
| 9. Comb and straighten a/c condenser fins - with trip charge | 1.00 EA | 112.13 | 0.00 | 23.54 | 135.67 | (0.00) | 135.67 |
| 10. R&R Foam pipe insulation - 3/4" wall for 1/8" to 3/4" pipe | 10.00 LF | 3.56 | 0.83 | 7.64 | 44.07 | (2.02) | 42.05 |
| **Totals: Right Elevation** | | | 11.81 | 78.65 | 453.20 | 28.63 | 424.57 |

### General

**Cecil Parker**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 11.  Haul debris - per pickup truck load - including dump fees | 1.00 EA | 97.79 | 0.00 | 20.54 | 118.33 | (0.00) | 118.33 |
| 12.  General clean - up | 3.00 HR | 27.31 | 8.18 | 17.20 | 107.31 | (0.00) | 107.31 |
| 13.  Temporary toilet (per month) | 1.00 MO | 132.01 | 0.00 | 27.72 | 159.73 | (0.00) | 159.73 |
| 14.  Residential Supervision / Project Management - per hour | 2.00 HR | 50.30 | 0.00 | 21.13 | 121.73 | (0.00) | 121.73 |
| 15.  Taxes, insurance, permits & fees (Bid item) | 1.00 EA | 75.00 | 0.00 | 15.75 | 90.75 | (0.00) | 90.75 |
| **Totals:  General** | | | 8.18 | 102.34 | 597.85 | 0.00 | 597.85 |
| **Line Item Totals:  53-127Q-544** | | | 43.08 | 509.73 | 2,945.15 | 51.07 | 2,894.08 |

**Cecil Parker**

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 2,392.34 |
| Material Sales Tax | 34.90 |
| Subtotal | 2,427.24 |
| Overhead | 242.72 |
| Profit | 267.01 |
| Cleaning Sales Tax | 8.18 |
| **Replacement Cost Value** | **$2,945.15** |
| Less Depreciation | (51.07) |
| **Actual Cash Value** | **$2,894.08** |
| **Net Claim** | **$2,894.08** |
| Total Recoverable Depreciation | 51.07 |
| **Net Claim if Depreciation is Recovered** | **$2,945.15** |

Cecil Parker

**Cecil Parker**

### Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (8.25%) | Cleaning Mtl Tax (8.25%) | Cleaning Sales Tax (8.25%) | Manuf. Home Tax (5%) | Storage Rental Tax (8.25%) |
|---|---|---|---|---|---|---|---|
| Line Items | 242.72 | 267.01 | 34.90 | 0.00 | 8.18 | 0.00 | 0.00 |
| Total | **242.72** | **267.01** | **34.90** | **0.00** | **8.18** | **0.00** | **0.00** |

Cecil Parker

## Recap by Room

**Estimate: 53-127Q-544**

| | | |
|---|---:|---:|
| Roof | 1,309.16 | 54.72% |
| Left Elevation | 24.00 | 1.00% |
| Rear Elevation | 209.11 | 8.74% |
| Right Elevation | 362.74 | 15.16% |
| General | 487.33 | 20.37% |
| **Subtotal of Areas** | **2,392.34** | **100.00%** |
| **Total** | 2,392.34 | 100.00% |

Cecil Parker

## Recap by Category with Depreciation

| O&P Items | RCV | Deprec. | ACV |
|---|---|---|---|
| CLEANING | 81.93 | | 81.93 |
| GENERAL DEMOLITION | 147.29 | | 147.29 |
| PERMITS AND FEES | 75.00 | | 75.00 |
| HEAT,  VENT & AIR CONDITIONING | 133.83 | 0.53 | 133.30 |
| INSULATION - MECHANICAL | 31.40 | 2.02 | 29.38 |
| LABOR ONLY | 100.60 | | 100.60 |
| PAINTING | 29.52 | 1.27 | 28.25 |
| ROOFING | 1,309.16 | | 1,309.16 |
| TEMPORARY REPAIRS | 132.01 | | 132.01 |
| WINDOW REGLAZING & REPAIR | 351.60 | 47.25 | 304.35 |
| O&P Items Subtotal | 2,392.34 | 51.07 | 2,341.27 |
| Material Sales Tax | 34.90 | | 34.90 |
| Overhead | 242.72 | | 242.72 |
| Profit | 267.01 | | 267.01 |
| Cleaning Sales Tax | 8.18 | | 8.18 |
| Total | 2,945.15 | 51.07 | 2,894.08 |

# EXHIBIT B-5



January 19, 2016

J. Steve Mostyn
Mostyn Law Firm
3810 W. Alabama St.
Houston, TX 77027

State Farm Insurance Companies
Fire Claims
PO Box 106169
Atlanta, GA 30348-6169
Fax 844 236 3646

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

RE:   Insured:                    Oscar Hinojosa Jr.
      Claim Number:            53-127Q-544
      Policy Number:           90-GC-6299-1
      Date of Loss:            April 20, 2012
      Location of Loss:        3408 Toronto
                               McAllen, TX 78503
      Type of Loss/Occurrence:  Hail

Dear Mr. Mostyn:

On January 13, 2016, we received the signed, itemized appraisal award for the above referenced claim.  The award set the amount of loss at $2,945.15.

Your copy of the award is enclosed, along with payment in the amount of $1,684.08. This payment is calculated pursuant to the loss settlement provisions of the policy. For your convenience, here is a breakdown of the payment:

Appraisal Award RCV Amount:       $ 2,945.15
Less Depreciation:                <$   51.07>
Less Deductible:                  <$ 1,210.00>
Actual Cash Value Payment Enclosed:  $ 1,684.08

Replacement Cost Benefits Remaining if Incurred: $51.07

The additional amount available for Replacement Cost Benefits (recoverable depreciation) is $51.07.

To receive replacement cost benefits, Mr. Hinojosa must:

- Complete the actual repairs or replacement of the damaged part of the property; and

- Confirm completion of repairs or replacement, by submitting invoices, receipts or other documentation to his State Farm agent or claim office.

Without waiving the above requirements, we will consider paying replacement cost benefits prior to actual repair or replacement if we determine repair or replacement cost will be incurred

*Providing Insurance and Financial Services*

J STEVE MOSTYN
53-127Q-544
Page 2

because repairs are substantially under way or Mr. Hinojosa presents a signed contract acceptable to us.

State Farm is not waiving any of the policy coverages, limitations, exclusions or provisions, all of which are specifically reserved.

We appreciate the opportunity to participate in the appraisal process.   If you have any questions or need further assistance, please contact me at the number listed below.

Sincerely,


Ronny Ferrell
Claim Specialist
844 529 5982 ext 9726572616
E-mail statefarmfireclaims@statefarm.com
State Farm Lloyds

01/341/2268395

Enclosure(s):  Draft
               Award Documents


cc:     Rett Holidy (via email)
        Germer PLLC